**IN RE T.D.P.**

[359 N.C. 405 (2005)]

IN THE MATTER OF: T.D.P.

No. 310A04

(Filed 7 April 2005)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 164 N.C. App. 287, 595 S.E.2d 735 (2004), affirming an order entered 1 April 2002 by Judge Edward A. Pone in District Court, Cumberland County. Heard in the Supreme Court 14 March 2005.

*Womble Carlyle Sandridge & Rice, PLLC, by Stuart A. Brock, for appellee Guardian ad Litem.*

*Katharine Chester for respondent-appellant.*

PER CURIAM.

AFFIRMED.